UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAY TODD,<br><br>                    Plaintiff,<br><br>          v.<br><br>VAN RU CREDIT CORPORATION,<br>an Illinois corporation,<br><br>                    Defendant. | No.   2:14-cv-00183-SMJ<br><br>**ORDER DISMISSING CASE** |

On August 21, 2014, the parties filed a stipulated dismissal, ECF No. 4. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED:**

    **1.**    The parties' Stipulated Dismissal of Defendant Van Ru Credit Corporation, **ECF No. 4**, is **GRANTED.**

    **2.**    All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

    **3.**    All pending motions are **DENIED AS MOOT.**

///

//

/

ORDER **-** 1

**4.** All hearings and other deadlines are **STRICKEN.**

The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 21st day of August 2014.

_____
SALVADOR MENDOZA, JR.
United States District Judge